AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BFL METAL PRODUCTS CO., LTD. <br><br> *Plaintiff(s)* <br> v. <br> FUMÉE, INC., an Administratively Dissolved Georgia Corporation, <br> MOIZ M. PUNJWANI, an individual, and <br> MOHAMMAD IQBAL, an individual <br> *Defendant(s)* | Civil Action No. 23-CV-21930 RUIZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  FUMÉE, INC.
c/o Moiz Punjwani, Registered Agent
1010 B Norcross Industrial Court
Norcross, GA  30071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 25, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BFL METAL PRODUCTS CO., LTD.<br><br>*Plaintiff(s)*<br>v.<br>FUMÉE, INC., an Administratively Dissolved Georgia Corporation,<br>MOIZ M. PUNJWANI, an individual, and<br>MOHAMMAD IQBAL, an individual<br>*Defendant(s)* | Civil Action No.  23-CV-21930 RUIZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Moiz M. Punjwani
1010 B Norcross Industrial Court
Norcross, GA  30071

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 25, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| BFL METAL PRODUCTS CO., LTD. <br><br> *Plaintiff(s)* <br> v. <br> FUMÉE, INC., an Administratively Dissolved Georgia Corporation, <br> MOIZ M. PUNJWANI, an individual, and <br> MOHAMMAD IQBAL, an individual <br> *Defendant(s)* | Civil Action No. 23-CV-21930 RUIZ |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Mohammad Iqbal
3201 Birch Avenue
Grapevine, Georgia 76051

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert H. Thornburg, Esq.
Allen, Dyer, Doppelt + Gilchrist, P.A.
1221 Brickell Ave., Suite 2400
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: May 25, 2023

Angela E. Noble
Clerk of Court

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts